■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY GREEN.— Motion granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Attorney-General of the State of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT WATKINS.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK CORSETTI.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ EDUARDA RIVERA v. PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ ANNE M. COLLINS v. S. KLEIN ON THE SQUARE, INC. et al. SAMUEL WEISS.— Motion for leave to reargue prior motion denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion denied in all respects. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

■ BERTHOLD STERN v. ROCKLAND COACH, INC.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Stevens and Bergan, JJ.

## (June 9, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS STRAUSS, Appellant.— Judgment unanimously affirmed. No opinion. (See opinion in *People v. Zelkowitz*, 8 A D 2d 161.) Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.